1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                          SAN JOSE DIVISION
12  RONG WANG,                        )
                                      )  No. C 06-7133 PVT
13              Plaintiff,            )
                                      )
14       v.                           )
                                      )  STIPULATION CONTINUING
15  MICHAEL CHERTOFF, Secretary of the)  HEARING ON DEFENDANTS' MOTION
    Department of Homeland Security;  )  TO DISMISS; and [PROPOSED] ORDER
16  EMILIO GONZALEZ, Director,        )
    U.S. Citizenship and Immigration Services; )
17  ROBERT S. MUELLER, Director       )
    of Federal Bureau of Investigation,)  Hearing Date: May 22, 2007
18                                    )  Time: 10:00 a.m.
                Defendants.           )
19  _____)

20     The Federal Bureau of Investigation has completed Plaintiff's name check. Plaintiff, appearing
21  pro se, and Defendants through their attorneys of record, hereby stipulate, subject to the approval
22  of the Court, that the hearing on Defendants' Motion to Dismiss currently scheduled for May 22,
23  2007, be rescheduled to June 19, 2007, 10:00 a.m. to allow the parties time to resolve the case
24  without further litigation.
25  ///
26  ///
27  ///
28

Stip. Continuing Hearing
C06-7133 PVT                                    1

| | |
|---|---|
| Dated: May ____, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | |
| | ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: May 16, 2007 | GANG WANG<br>*Pro Se* |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 18, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stip. Continuing Hearing
C 05-7133 PVT

2

1 | Dated: May  16 , 2007
2 |                                        Respectfully submitted,
3 |                                        SCOTT N. SCHOOLS
  |                                        United States Attorney
4 |
5 |                                        _____
  |                                        ILA C. DEISS
6 |                                        Assistant United States Attorney
  |                                        Attorneys for Defendants
7 |
8 | Dated: May  16 , 2007                  see faxed signature
  |                                        _____
9 |                                        GANG WANG
  |                                        *Pro Se*
10|
11|                         **ORDER**
12| Pursuant to stipulation, IT IS SO ORDERED.
13|
14|
15| Date: May ____, 2007
  |                                        _____
  |                                        PATRICIA V. TRUMBULL
16|                                        United States Magistrate Judge

Stip. Continuing Hearing
C06-7133 PVT                           2