```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7124
       FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GANG WANG, | ) | |
|---|---|---|
| | ) | No. C 06-7133 PVT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS and** |
| MICHAEL CHERTOFF, Secretary of the | ) | **[PROPOSED] ORDER** |
| Department of Homeland Security; | ) | |
| EMILIO GONZALEZ, Director, | ) | |
| U.S. Citizenship and Immigration Services; | ) | |
| ROBERT S. MUELLER, Director | ) | |
| of Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

   Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

   The parties also ask that the Court vacate the June 19, 2007 hearing on Defendants' motion to dismiss.

   Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C06-7133 PVT                                                    1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 6, 2007 | Respectfully submitted, |
| 3 | | SCOTT N. SCHOOLS<br>United States Attorney |

                                              /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: June 6, 2007                                     /s/
GANG WANG
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June __8__, 2007                                *Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stip. to Dismiss
C06-7133 PVT                              2