1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 GANG WANG,                       )
                                    ) No. C 06-7133 PVT
13           Plaintiff,             )
                                    )
14       v.                         )
                                    ) **STIPULATION TO DISMISS and**
15 MICHAEL CHERTOFF, Secretary of the ) **[PROPOSED] ORDER**
   Department of Homeland Security; )
16 EMILIO GONZALEZ, Director,       )
   U.S. Citizenship and Immigration Services; )
17 ROBERT S. MUELLER, Director      )
   of Federal Bureau of Investigation, )
18                                  )
           Defendants.               )
19 _____ )

20    Plaintiff, appearing *pro se*, and Defendants, by and through their attorney of record, hereby

21 stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication

22 of Plaintiff's adjustment of status application (Form I-485).

23    The parties also ask that the Court vacate the June 19, 2007 hearing on Defendants' motion to

24 dismiss.

25    Each of the parties shall bear their own costs and fees.

26 ///

27 ///

28

Stip. to Dismiss
C06-7133 PVT                              1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 6, 2007 | Respectfully submitted, |
| 3 | | SCOTT N. SCHOOLS<br>United States Attorney |

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: June 6, 2007               _____/s/_____
                                  GANG WANG
                                  *Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June __8__, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge

Stip. to Dismiss
C06-7133 PVT                                    2

Copies mailed on 6/8/07

Gang Wang
3672 Springbrook Avenue
San Jose, CA 95148

/s CORINNE LEW
_____
CORINNE LEW
Courtroom Deputy

ORDER, *page 1*